DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELENA C. WHITE,**
Appellant,

v.

**BENJAMIN T. WHITE,**
Appellee.

No. 4D18-2113

[March 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 50-2015-DR-011884-XXXX-NB.

Ralph T. White of Law Office of R.T. White, Palm Beach Gardens, for appellant.

Benjamin T. White, Jupiter, pro se.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***